Docket Number: 10cr10 **(ENV)**

Criminal Cause for Sentencing

Date Received by Docket Clerk: _____     Docket Clerk Initials: _____

Before Judge: **Eric N. Vitaliano**   Date:12/2/2011     Time in Court: 40 minutes

Defendant's Name: Salvatore Cutaia
Defendant: # 6

**X  Present**                                          X Custody

Defense Counsel: James Frocaro

AUSA: Rachel Nash
Probation Officer: Victoria Aguilar
Pretrial Officer: n/a

Court Reporter: Anthony Frisolone

Interpreter: n/a
Language: n/a

Case Manager: **William Villanueva**

**Text:**
Imprisonment: 63 Months on Count 27 and 15 Months on 18 USC 1347. Both Judgments to be served CONSECUTIVELY.
Probation: n/a
Supervised Release: 3 Years
Special Assessment: $100.00
Fine: none
Restitution: n/a
Dismissed Charges: Open counts and underlying indictments
Surrender Date: n/a

  ***PLEASE SEE J&C FOR ADDITIONAL DETAILS AND SPECIAL CONDITIONS***